| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 06-CR-20374-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

CR 08 — 0368 WHA

E-filing

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| HARDWICK, Niquella S. | Eastern District of Michigan | Detroit |
| | NAME OF SENTENCING JUDGE | |
| | Hon. Sean F. Cox | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 3/24/2008 — TO 3/23/2009 |

| OFFENSE |
|---|
| 47:223A.F Obscene or Harrassing Telephone Calls |

FILED JUN 4 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

FILED MAY 30 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of Michigan

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Northern District of California** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

5/20/08
Date

Hon. Sean F. Cox
UNITED STATES DISTRICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern District of California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/30/08
Effective Date

United States District Judge